

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-15-00082-CV

**IN THE INTEREST OF R.C.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00544
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court